IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02629-CMA-BNB

FORESIGHT PRODUCTS, LLC, a Colorado limited liability company,

Plaintiff,

v.

BOND MANUFACTURING COMPANY, a/k/a Bond Manufacturing Co. and Bond Manufacturing Company, Inc., a California corporation,

Defendant.

_____

**ORDER**
_____

This matter arises on **Plaintiff's Motion to Compel Disclosures and Discovery Responses** [Doc. # 36, filed 4/8/2010] (the "Motion to Compel"). I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART as follows:

GRANTED to require the defendant to conduct a further search for responsive documents, under the direction and supervision of defense counsel, and to provide a supplemental response. The Defendants Amended Responses to Plaintiff's First Requests for Production of Documents [Doc. # 36-5] is wholly inadequate. Responsive documents must be produced by the defendant with its supplemental response. Each supplemental response must identify by Bates Number the documents produced in connection with each request; if no

documents exist which are responsive to a particular request, the supplemental response must so state;

GRANTED to require full and complete responses to Interrogatories No. 2, 4, 5, 11 ,13, 14, 16, 17, 18, and 19. The interrogatories seek information which is relevant to the matters in dispute or are reasonably calculated to lead to the discovery of admissible evidence, and the responses are not responsive, evasive, or incomplete;

DENIED insofar as it seeks additional disclosures pursuant to Fed. R. Civ. P. 26(a)(1), complete disclosures having already been made; and

DENIED without prejudice insofar as it challenges objections made to the discovery requests. The parties are directed to confer pursuant to D.C.COLO.LCivR 7.1A on the objection issue. If the objection issue cannot be resolved, a motion may be filed which meaningfully addresses the issue.

IT IS FURTHER ORDERED that the defendant shall provide supplemental discovery responses consistent with this order and in full compliance with the formalities of the federal rules of civil procedure on or before **May 11, 2010**.

IT IS FURTHER ORDERED that the plaintiff is awarded its reasonable expenses incurred in making the Motion to Compel, including attorneys fees, pursuant to Fed. R. Civ. P. 37 (a)(5)(A). The award will be apportioned pursuant to Fed. R. Civ. P. 37(a)(5)(C) because the Motion to Compel was granted in part and denied in part. The award is made against the defendant and not its counsel. To effectuate the award, on or before **May 11, 2010**, plaintiff's counsel shall prepare and provide to the defendant a fee application, including an affidavit and contemporaneous time records in support. Thereafter, counsel shall confer under

D.C.COLO.LCivR 7.1A in an attempt to reach agreement on the award. If no agreement can be reached, the plaintiff shall file the fee application with the court on or before **May 25, 2010**.

Dated April 27, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge