IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02629-CMA-BNB

FORESIGHT PRODUCTS, LLC, a Colorado limited liability company,

Plaintiff,

v.

BOND MANUFACTURING COMPANY, a/k/a Bond Manufacturing Co. and Bond
Manufacturing Company, Inc., a California corporation,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion to Amend Scheduling Order
[27] With Respect to Expert Witnesses** [docket no. 50, filed April 30, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the parties shall designate all
experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
on or before **May 26, 2010**, and the parties shall designate all rebuttal experts and provide
opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 28,
2010.**

DATED:  April 30, 2010