# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 09-cv-02629-CMA-BNB

FORESIGHT PRODUCTS, LLC, a Colorado limited liability company,

   Plaintiff,

v.

BOND MANUFACTURING COMPANY, a/k/a BOND MANUFACTURING CO.
and BOND MANUFACTURING COMPANY, INC., a California corporation,

   Defendant.

---

## ORDER REGARDING SUPPLEMENTATION OF RESPONSE TO
## MOTION TO DISMISS

---

This matter is before the Court *sua sponte* on review of the status of Defendant's

"Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue." (Doc. # 7.)

The Court notes that, in its response to this motion, Plaintiff asked the Court to permit

jurisdictional discovery if the Court either (a) allows Defendant to submit additional

evidence or (b) decides to schedule an evidentiary hearing. (Doc. # 17 at 2-4.)

Although Plaintiff should have filed a separate motion to request jurisdictional

discovery,[1] the Court notes that the parties have already begun discovery. Most

recently, Magistrate Judge Boland found that Defendant's responses to Plaintiff's

discovery requests were inadequate and thus ordered that Defendant provide

---

[1]  D.C.Colo.LCivR 7.1(C) states in part that "[a] motion shall not be included in
a response or reply to the original motion. A motion shall be made in a separate paper."

supplemental discovery responses in full compliance with the federal rules of civil procedure. (Doc. # 48 at 1-2.) Defendant has until May 11, 2010 to comply with this order. (*Id.* at 2.)

Based on Plaintiff's request for jurisdictional discovery and Magistrate Judge Boland's outstanding order, the Court will reserve ruling on Defendant's motion to dismiss pending submission by the parties of additional evidence/argument on the question of Defendant's contacts with Colorado. Accordingly, the Court ORDERS that on or before May 31, 2010, Plaintiff is to supplement its response to Defendant's motion to dismiss specifying, in particular, any additional evidence of Defendant's contacts with Colorado. Defendant shall have until June 11, 2010, to file any response to Plaintiff's supplement.

DATED:  May __11__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge