IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02629-CMA-BNB

FORESIGHT PRODUCTS, LLC, a Colorado limited liability company,

Plaintiff,

v.

BOND MANUFACTURING COMPANY, a/k/a Bond Manufacturing Co. and Bond Manufacturing Company, Inc., a California corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Defendant Bond Manufacturing Co. Motion to Vacate and Reset Settlement Conference** [docket no. 55, filed May 13, 2010] (the "Motion").

     IT IS ORDERED that the Motion is DENIED. The Settlement Conference will go forward as previously set on May 18, 2010 at 1:30 p.m.


DATED: May 14, 2010