IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02629-CMA-BNB

FORESIGHT PRODUCTS, LLC, a Colorado limited liability company,

Plaintiff,

v.

BOND MANUFACTURING COMPANY, a/k/a Bond Manufacturing Co. and Bond Manufacturing Company, Inc., a California corporation,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Unopposed Second Motion to Amend Scheduling Order [27] with Respect to Expert Witnesses** [docket no. 62, filed May 26, 2010] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 4, 2010**. The rebuttal expert deadline shall remain the same at **June 28, 2010**.

DATED: May 26, 2010