IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02629-CMA-BNB

FORESIGHT PRODUCTS, LLC, a Colorado limited liability company,

Plaintiff,

v.

BOND MANUFACTURING COMPANY, a/k/a Bond Manufacturing Co. and Bond Manufacturing Company, Inc., a California corporation,

Defendant.

---

**ORDER**

---

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **June 28, 2010**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated June 14, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge