**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02629-CMA-BNB

FORESIGHT PRODUCTS, LLC, a Colorado limited liability company,

      Plaintiff,

v.

BOND MANUFACTURING COMPANY, a/k/a BOND MANUFACTURING CO.
and BOND MANUFACTURING COMPANY, INC., a California corporation,

      Defendant.

---

## PERMANENT INJUNCTION

---

      Upon Joint Motion of the parties (*see* Doc. # 78), and pursuant to Fed. R. Civ. P. 65, it is hereby

      ORDERED that Bond Manufacturing Co., and its officers, directors, agents, servants, employees, attorneys, confederates, and any and all persons acting for, with, by, through, or in concert or participation with them or any of them are permanently enjoined from:

      (a)    using the following copyrighted material in connection with the advertising, marketing, distribution, offering for sale, or sale of any product:

      i.    The Duckbill Professional System Support Instructions for 6-Inch Trees described in Certificate of Registration No. VA 1-688-394 effective November 3, 2009; and

ii. The Duckbill Professional System Support Instructions for 6-Inch Trees described in Certificate of Registration No. VA 1-6900583 effective November 3, 2009.

(b) using the following marks, or any other mark that is a colorable imitation of, or is confusingly similar to, the marks, or any of them, in connection with the advertising, marketing, distribution, offering for sale, or sale of any product:

i. United States Trademark Registration No. 1,076,808 for the mark "DUCKBILL," which has a registration date of November 8, 1977; and

ii. United States Trademark Registration No. 2,797,555 for the design mark "DUCKBILL EARTH ANCHORS."

DATED this _13th_ day of July, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge