**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02629-CMA-BNB

FORESIGHT PRODUCTS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

BOND MANUFACTURING COMPANY, a/k/a BOND MANUFACTURING CO.
and BOND MANUFACTURING COMPANY, INC., a California corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court having considered the parties' Joint Motion for Entry of Permanent Injunction and Dismissal of Remaining Claims (Doc. # 78), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby

ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay its own costs. It is

FURTHER ORDERED that this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement between the parties, and the Permanent Injunction entered in this matter.

DATED: July __13__, 2010

                          BY THE COURT:

                          _____
                          CHRISTINE M. ARGUELLO
                          United States District Court Judge